**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| DANNY RAY OSBURN | * | Case No. 22-40114-pwb |
| MELISSA JO OSBURN | * | |
|    Debtors | * | Chapter 7 |
| | * | |
| FARMERS HOME FURNITURE | * | |
|    Movant | * | **CONTESTED MATTER** |
| | * | |
| v. | * | |
| | * | |
| DANNY RAY OSBURN | * | |
| MELISSA JO OSBURN | * | |
|    Respondents | * | |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE THAT FARMERS HOME FURNITURE   HAS FILED A MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND RELATED PAPERS WITH THE COURT SEEKING AN ORDER LIFTING THE STAY.

PLEASE TAKE FURTHER NOTICE THAT THE COURT WILL HOLD A HEARING ON THE MOTION FOR RELIEF **AT THE FOLLOWING NUMBER: *833-568-8864*; MEETING ID *AT THE FOLLOWING NUMBER: 833-568-8864; MEETING ID 161 794 3084***, IN THE UNITED STATES BANKRUPTCY COURT, ROME DIVISION, COURT ROOM 342, U.S. COURTHOUSE, 600 EAST FIRST STREET ROME, GA 30161 at 10:15 am on April 20, 2022.

MATTERS THAT NEED TO BE HEARD FURTHER BY THE COURT MAY BE HEARD BY TELEPHONE, BY VIDEO CONFERENCE, OR IN PERSON, EITHER ON THE DATE SET FORTH ABOVE OR ON SOME OTHER DAY, ALL AS DETERMINED BY THE COURT IN CONNECTION WITH THIS INITIAL TELEPHONIC HEARING. PLEASE REVIEW THE "HEARING INFORMATION" TAB ON THE JUDGE'S WEBPAGE, WHICH CAN BE FOUND UNDER THE "DIAL-IN AND VIRTUAL BANKRUPTCY HEARING INFORMATION" LINK AT THE TOP OF THE WEBPAGE FOR THIS COURT, **WWW.GANB.USCOURTS.GOV** FOR MORE INFORMATION.

YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)  IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF SOUGHT IN THESE PLEADINGS, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION FOR RELIEF, THEN YOU OR YOUR ATTORNEY MUST APPEAR IN COURT FOR THE HEARING SCHEDULED.  YOU MAY ALSO FILE A WRITTEN RESPONSE TO THE PLEADING WITH THE CLERK AT THE ADDRESS STATED BELOW, BUT YOU ARE NOT REQUIRED TO DO SO.  IF YOU FILE A WRITTEN RESPONSE, YOU MUST ATTACH A CERTIFICATE STATING WHEN, HOW AND ON WHOM (INCLUDING ADDRESSES) YOU SERVED THE RESPONSE.  MAIL OR DELIVER YOUR RESPONSE SO THAT IT IS RECEIVED BY THE CLERK AT LEAST TWO BUSINESS DAYS BEFORE THE HEARING.  THE ADDRESS OF THE CLERK'S OFFICE IS CLERK, U.S. BANKRUPTCY COURT, SUITE 1340, 75 TED TURNER DRIVE, ATLANTA, GEORGIA 30303.  YOU MUST ALSO MAIL A COPY OF YOUR RESPONSE TO THE UNDERSIGNED AT THE ADDRESS STATED BELOW.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone, including the telephone number and access code for a telephonic hearing.**

IN THE EVENT A HEARING CANNOT BE HELD WITHIN THIRTY (30) DAYS FROM THE DATE OF FILING SAID MOTION, MOVANT, BY AND THROUGH ITS COUNSEL, WAIVES THIS REQUIREMENT AND AGREES TO THE NEXT EARLIEST POSSIBLE DATE.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION FOR RELIEF.

Dated:  March 22, 2022

Respectfully submitted,

/s/  Emmett L. Goodman, Jr.
EMMETT L. GOODMAN, JR.
Attorney for Movant
Bar No. 301000

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email:bkydept@goodmanlaw.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| DANNY RAY OSBURN | * | Case No. 22-40114-pwb |
| MELISSA JO OSBURN | * | |
|   Debtors | * | Chapter 7 |
| | * | |
| FARMERS HOME FURNITURE | * | |
|   Movant | * | **CONTESTED MATTER** |
| | * | |
| v. | * | |
| | * | |
| DANNY RAY OSBURN | * | |
| MELISSA JO OSBURN | * | |
|   Respondents | * | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND WAIVER OF 30-DAY HEARING REQUIREMENT**

COMES NOW, Farmers Home Furniture, Movant as set forth above, and files this, its Motion for Relief from the Automatic Stay of these proceedings, and respectfully shows the Court the following:

1.

The Movant herein asserts the Debtors' Chapter 7 proceeding was filed with the Court on March 22, 2021.

2.

This motion is made under Section 362(d) of the Bankruptcy Code for relief from the existing stay for the purpose of proceeding with the repossession and sale of its property as provided by law.

3.

The Movant is a secured creditor, having a purchase money security interest Chiro Firm Mattress, Venza Box, Headboard & Footboard, Loveseat Recliner w/ Console, Queen Mattress Protector x2. Sofa & loveseat, Queen Headboard, Footboard & rails, Recliner Rocker. The current balance on Movant's account is $5,533.53.

4.

Movant asserts the debtor has defaulted in making the required payments to Farmers Home Furniture with the last payment being received in October 2021. The loan is currently due for the months of November 2021, December 2021, January 2022, February 2022 and March 2022 which includes five (5) payments in the amount of $301.00 each.

5.

Movant, Farmers Home Furniture, shows the debtors have failed to sign Reaffirmation Agreements on this indebtedness.

6.

Movant asserts the debtors have not acted in good faith with the movant nor with the Court with the movant therefore being entitled to relief from the automatic stay provisions of the Bankruptcy Code in order to proceed with the remedies provided by law.

7.

Good cause exists, including the lack of adequate protection, to grant Farmers Home Furniture relief from the automatic stay.

8.

Movant asserts its collateral is depreciating through use and over time at a rate far exceeding the amount being paid by the debtor on its indebtedness.

9.

In the event a hearing cannot be held within thirty (30) days from the date of filing said motion, Movant, by and through its counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by the signature below.

10.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived.

WHEREFORE, Movant, Farmers Home Furniture, respectfully requests:

(a) That there be an Order issued relieving it from the stay and authorizing the Movant to proceed with the remedies provided by law;

(b) That Movant be awarded costs and attorney's fees for this action; and

(c) That Movant have such other and further relief as is just and proper.

Dated:  March 22, 2022

                Respectfully submitted,

                /s/  Emmett L. Goodman, Jr.
                EMMETT L. GOODMAN, JR.
                Bar No. 301000
                Attorney for Farmers Home Furniture

544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

## **CERTIFICATE OF SERVICE**

I, Emmett L. Goodman, Jr., do certify that I am over the age of 18 and that I have served a true and correct copy of the within and foregoing Notice of Hearing and Motion for Relief by depositing a copy of the same to each in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Danny and Melissa Osburn
2319 Sir Lancelot Pl
Dalton GA 30721

Mr. Dan Saeger
Suite D
706 Thornton Ave
Dalton GA 30720

Ms. Tracey L. Montz
Suite 108-406
2100 Roswell Road
Marietta GA 30062-3813

Dated: March 22, 2022

Respectfully submitted,

*/s/ Emmett L. Goodman, Jr.*
EMMETT L. GOODMAN, JR.
Bar No. 301000
Attorney for Farmers Home Furniture

544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org